CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JANET L. GRUMER (SBN: 232723)
janetgrumer@dwt.com
KYLE KLEIN (SBN: 311756)
kyleklein@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Attorneys for Defendant
Starbucks Corporation

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
6/12/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>    Defendants. | Case: 4:2019-CV-07182-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal          Case: 4:2019-CV-07182-YGR

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 10, 2020          CENTER FOR DISABILITY ACCESS

                                           By:   /s/ Amanda Lockhart Seabock
                                                     Amanda Lockhart Seabock
                                                     Attorneys for Plaintiff

Dated: June 10, 2020          DAVIS WRIGHT TREMAINE LLP

                                           By: /s/ Kyle Klein
                                                    Aaron N. Colby
                                                    Kyle Klein
                                                    Attorneys for Defendant
                                                    Starbucks Corporation

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kyle Klein, counsel for Starbucks Corporation, and that I have obtained Mr. Klein's authorization to affix his electronic signature to this document.

Dated: June 10, 2020                CENTER FOR DISABILITY ACCESS

                        By: /s/Amanda Lockhart Seabock
                            Amanda Lockhart Seabock
                            Attorneys for Plaintiff